■ PORT AUTHORITY v O'DONNELL. [647 NYS2d 647] —Motion to dismiss the appeal is granted and the appeal is dismissed as moot. *(See,* 230 AD2d 961.) Concur—Rosenberger, J. P., Wallach, Tom, Mazzarelli and Andrias, JJ.